## Bullich, Appellant, v. Kensington Shipyard & Drydock Company.

Argued January 15, 1935. Before SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*H. Leon Bennett,* with him *Robert E. Hagan* and *M. Morton Weinstein,* for appellant.

*Raymond A. White, Jr.,* with him *Stanley B. Rice, Maurice W. Sloan, Jr.,* and *Maurice W. Sloan,* for appellee.

PER CURIAM, February 4, 1935:

The judgment of nonsuit is affirmed on the opinion of Judge LAMBERTON refusing to take it off.